No. 66846.—S. H. Pomerance Co., Inc., et al. *v.* United States, protests 58/3625, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the applicable regulations have now been complied with, the claim of the plaintiffs was sustained, except as to protest 59/10698, wherein only pattern design No. 17358 was claimed entitled to free entry.